**Order entered January 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00868-CR**
**No. 05-22-00869-CR**
**No. 05-22-00870-CR**
**No. 05-22-00871-CR**

**KENNETH SHERMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-75358-M, F20-75893-M, F20-75847-M, F20-54139-M**

**ORDER**

The reporter's record for these appeals is overdue. The record was originally due October 11, 2022. On November 14, 2022, the court reporter requested an extension of time to file the reporter's record to December 12, 2022, which this Court granted. The reporter's record remains unfiled.

We **ORDER** court reporter Belinda Baraka to file the reporter's record for these appeals on or before **FEBRUARY 8, 2023**.  Ms. Baraka is cautioned that if the reporter's record is not filed by February 8, 2023, the Court may abate the cases and order the trial court to make findings regarding why the reporter's record has not been filed.

/s/    DENNISE GARCIA
         JUSTICE